IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAKARY CAMARA, | : |
|     Petitioners | : |
|     v. | : Case No. 3:25-cv-54-KAP |
| LEONARD ODDO, WARDEN, | : |
| MOSHANNON VALLEY PROCESSING | : |
| CENTER, *et al.*, | : |
|     Respondents | : |

### Memorandum Order

On February 19, 2025, petitioner submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241(c)(3) at ECF no. 1, seeking a bond hearing on the basis that his prolonged detention pending removal violated the rule in <u>German-Santos v. Warden Pike County Correctional Facility</u>, 965 F.3d 203 (3d Cir. 2020), and seeking release under <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001) because his removal is not likely in the foreseeable future. I ordered the petition served. ECF no. 2.

On April 23, 2025, the respondents filed a suggestion of mootness on the basis of petitioner's removal, ECF no. 5, to which petitioner's counsel responded at ECF no. 7 on April 25, 2025. After a status conference this morning (and thanks to counsel for their prompt availability and knowledge) it appears that: 1) the removal process to some foreign countries including Mali, logistically considered, is a multi-stage process; and 2) that although it is certain that the removal process began as noted by the respondents, because the petitioner has not been in touch with his counsel it is uncertain whether the removal process ended with petitioner back in Mali.

The best course of action is to administratively close (but not dismiss) the matter pending further confirmation of petitioner's location. The Clerk is therefore directed to mark this matter administratively closed. Either party can at any time move to reopen this matter and seek any other appropriate relief.

DATE: May 1, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record